AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 13, 2026

SEAN F. McAVOY, CLERK

SCOTTY D. BROWN,  )
*Plaintiff*  )
v.  )        Civil Action No.   2:25-cv-00444-MKD
  )
  )
KAREN ARNOLD,  
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   The Petition for Writ of Habeas Corpus, ECF No. 1, is DISMISSED with prejudice as time barred under 28 U.S.C. §
2244(d).

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge    Mary K. Dimke _____

Date:   February 13th, 2026 _____        CLERK OF COURT

s/Sean F. McAvoy _____
*Signature of Clerk*